
R. WAYNE SWENEY
ISB# 1614
MISCHELLE R. FULGHAM
ISB#4623
LUKINS & ANNIS, P.S.
601 East Front Avenue, Suite 502
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0517
Fax: (208) 666-4111

Attorneys for US Bank, N.A.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| DONNA TRUEBLOOD,<br><br>　　　Plaintiff,<br><br>vs.<br><br>US BANK NATIONAL ASSOCIATION, successor in interest to United States National Bank of Oregon,<br><br>　　　Defendant. | NO. CV 11-3242<br><br>NOTICE OF REMOVAL<br>28 U.S.C. § 1441 |

　　　Pursuant to 28 U.S.C. §§ 1441 and 1446(a), Defendant U.S. Bank National Association, successor in interest by merger to United States National Bank of Oregon, hereby remove the action filed in the First District Court, Kootenai County, Idaho Case No. 11-3242 pursuant to 28 U.S.C. §§ 1441, *et seq.* and in support thereof states as follows:

1.　　　On April 21, 2011 Defendant was served with a copy of the Summons and Complaint, Kootenai County Case No. CV 11-3242. True and correct copies of the Summons, Affidavits of Service and the Complaint are attached hereto as **Exhibits A, B, and C** respectively. On April 22, 2011, Plaintiff filed a Motion for

Order of Disqualification, **Exhibit D**. On April 26, 2011, the Court issued an Order of Disqualification, **Exhibit E**. On April 28, 2011 the Court issued an Order Assigning District Judge on Disqualification Without Cause, **Exhibit F**. On May 5, 2011, Defendant filed its Notice of Appearance, **Exhibit G**, on May 12, 2011, Defendant filed its Motion for Enlargement of Time, **Exhibit H**, to serve an answer, on the same date the parties stipulated, **Exhibit I**, to the enlargement of time. On May 13, 2011, the First District Court entered an order, **Exhibit J**, approving the stipulation for enlargement of time. On May 17, 2011 Defendant filed its Answer, **Exhibit K,** to Plaintiff's Complaint. True and correct copies of the exhibits are attached. These exhibits constitute all pleadings and papers filed and received to date in this action.

2.  Plaintiff, Donna Trueblood, is a resident of Kootenai County, State of Idaho.

3.  Defendant U.S. Bank National Association is a national association organized under the laws of the United State of America, it is the successor in interest by merger to United States National Bank of Oregon named as a co-defendant, with its main office in the state of Ohio and a principal place of business in Minnesota.

4.  The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. §§ 1331 for diversity, 1332, and may be removed to this Court by Defendant U.S. Bank NA pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446 because the Complaint alleges a cause of action under the Fair Credit Reporting Act, 15 USC §§ 1681-1681t.

5.      Plaintiff claims that Defendant "then proceeded to maliciously place a report on her credit report which stated "High Risk Fraud Alert". Complaint, ¶ IX.

6.      Claims alleging injury from inaccurate reporting to a credit reporting agency are preempted by the Federal Fair Credit Reporting Act ("FCRA"). 15 USC §§ 1681, et seq. *Hasvold v. First USA Bank, NA,* 194 F. Supp.2d 1228 (D.WY. 2002); *Jaramillo v. Experian Solutions, Inc. et al.*, 2001 WL 568988. Fifteen USC § 1681t(b) states:

> (b) General exceptions
> No requirement or prohibition may be imposed under the laws of any State—
>
> **(1)** with respect to any subject matter regulated under--
>
> **(F)** section 1681s-2 of this title, relating to the responsibilities of persons who furnish information to consumer reporting agencies, except that this paragraph shall not apply--
>
> **(i)** with respect to section 54A(a) of chapter 93 of the Massachusetts Annotated Laws (as in effect on September 30, 1996); or
>
> **(ii)** with respect to section 1785.25(a) of the California Civil Code (as in effect on September 30, 1996);

See, *Gorman v. Wolpoff & Abramson, LLP,* 584 F.3d 1147, 1167 (C.A.9 (Cal.), 2009).

7.      Fifteen USC § 1681p gives the United States District Courts jurisdiction over cases involving the FCRA. *Metropolitan Life Ins. Co. v. Taylor,* 481 U.S. 58, 67 (1987) (A case is properly removable where federal law preempts state common law causes of action).[1]

8.      This Notice of Removal is timely in that it is filed within thirty (30) days of receipt of the Summons and Complaint by Defendant on April 21, 2011.

US BANK'S NOTICE OF REMOVAL: 3
L:\U\US005122\00114\USBTRUEBLOODNOTICE-REMOVAL-051611.DOCX 5/17/1105/17/11  16:36

9. Defendant represents that it will file with the Clerk of the Court for the First District Court, Kootenai County, Idaho, a Notice of Filing Notice of Removal pursuant to 28 U.S.C. section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached as **Exhibit L.**

DATED: 18 May, 2011

LUKINS & ANNIS, P.S.

By: _/s/ Mischelle R. Fulgham_
R. WAYNE SWENEY
MISCHELLE R. FULGHAM
Attorneys for Defendant US BANK NA

## CERTIFICATE OF SERVICE

I hereby certify that on the 18 May 2011, I caused to be served a true and correct copy of the foregoing document by electronic means to:

| | | |
|---|---|---|
| Greg D. Horne | ☐ | Hand-delivered |
| Greg D. Horne, Esq., Chtd. | ☒ | First Class Mail |
| PO Box 477 | ☐ | Overnight Mail |
| Coeur d'Alene, ID 83816 | ☐ | Facsimile |

_/s/ Mischelle R. Fulgham_
MISCHELLE R. FULGHAM

---

[1] None of the exceptions of 15 USC § 1681t(b)(1)(F) are applicable here.

US BANK'S NOTICE OF REMOVAL: 4
L:\U\US005122\00114\USBTRUEBLOODNOTICE-REMOVAL-051611.DOCX 5/18/1105/18/11  13:26